## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK (or appropriate district)

-----------------------------------------------------------

**Plaintiff**: Edward J. Lang

Address: 67 Arena Ct.

City, State ZIP: Narrowsburg, NY.  12764

Email/Phone: JakeLangJ6@gmail.com

-vs-

**Defendants** (state officials, in official capacities): Zohran Mamdani,   State  of NY Representative

## Federal Declaratory-Relief Complaint (42 U.S.C. § 1983)

### 1. Jurisdiction and Causes of Action

This action arises under the Constitution and laws of the United States, including the **Fourteenth Amendment** and **42 U.S.C. § 1983**, which provides a civil cause of action against persons acting under color of state law who deprive individuals of rights secured by the Constitution.

**Declaratory relief** is sought pursuant to **28 U.S.C. § 2201** and **Rule 57** of the Federal Rules of Civil Procedure, and **injunctive relief** is sought pursuant to **Rule 65** of the Federal Rules of Civil Procedure.

This Court has **subject-matter jurisdiction** under **28 U.S.C. §§ 1331** (federal question) and **1343(a)(3)** (civil-rights jurisdiction).

Venue is proper in this District under **28 U.S.C. § 1391(b)** because the events giving rise to this claim occurred within the Northern District of New York, and the Defendants perform their official duties in this District.

### 2. Parties

Plaintiff  Edward J. Lang is a citizen of the United States and owns or maintains property within the State of New York. Defendants are state or municipal officials acting under color of state law.

Docusign Envelope ID: C57500A6-6E18-4C0B-A19F-BB51F281B95B

### 3. Factual Background

1. In or about 2023, Assemblyman Mamdani publicly discussed proposals to increase property taxes on higher-value real estate in New York City.
2. In published remarks reported by reputable news outlets, he stated that the time had come to "**shift the burden from the city's outer boroughs to richer and Whiter neighborhoods**."
3. While the proposal may have been aimed at progressive taxation by property value, the explicit racial reference creates the appearance that race or neighborhood demographics could serve as a motivating factor in determining tax burdens.
4. Petitioner contends that any public-policy justification using racial descriptors—even descriptively—risks undermining the constitutional requirement that taxation be uniform and free of racial classification or preference.

### 4. Cause of Action – Equal Protection (U.S. Const. amend. XIV)

Plaintiff alleges that any tax policy proposed or implemented using racial or demographic classifications violates the Equal Protection Clause of the Fourteenth Amendment. Defendants, acting under color of state law, have advanced or endorsed such classifications.

1. Article I, § 11 of the **New York Constitution** and the **Fourteenth Amendment** to the **U.S. Constitution** prohibit the State from adopting or promoting policies that classify citizens by race or use race as a factor in allocating governmental burdens.
2. By invoking racial categories in framing a property-tax proposal, Respondent has introduced considerations inconsistent with equal-protection principles. Petitioner seeks a judicial declaration reaffirming that all New York taxation policies must remain race-neutral in purpose and effect.

**Second Cause of Action – Violation of Uniform-Taxation Requirement**

1. Article XVI, § 2 of the **New York Constitution** requires that "taxation shall be uniform within the territorial limits of the authority levying the tax."

Policies justified by neighborhood racial composition threaten non-uniform application of tax law and therefore contravene this constitutional provision.

### 5. Relief Requested

**Plaintiff requests:**
a. A declaratory judgment under 28 U.S.C. § 2201 that tax policies must be race-neutral;
b. Prospective injunctive relief prohibiting adoption or enforcement of any racially characterized tax scheme;
c. Reasonable costs and attorneys' fees under 42 U.S.C. § 1988;
d. Any further relief the Court deems just and proper.

### 6. Verification and Signature

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Docusign Envelope ID: C57500A6-6E18-4C0B-A19F-BB51F281B95B

Date: _____

Signature: _____
Printed Name:  Edward J. Lang